UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
CHINESE AUTOMOBILE DISTRIBUTORS OF
AMERICA LLC,

          Plaintiff,        **Order**

  - against -            07 civ. 4113 (LLS)

MALCOLM BRICKLIN, JONATHAN BRICKLIN,
BARBARA BRICKLIN JONAS, MICHAEL JONAS,
SANIA TEYMENY, SCOTT GILDEA, and
VISIONARY VEHICLES LLC,

          Defendants.
- - - - - - - - - - - - - - - - - -X

    Sufficient reason appearing for the following schedule after having heard from counsel during a conference before me today, it is ORDERED that

    (1) On or before Thursday, October 1, 2009, the plaintiff shall submit a draft pre-trial order to the defendants;

    (2) On or before 12:00 noon on Monday, October 26, 2009, the parties shall submit to Chambers a joint pre-trial order in the form prescribed in this Court's standing orders, together with proposed voir dire questions, proposed jury charges, trial briefs and proposed verdict forms; and

    (3) A final pre-trial conference will be held on Friday, October 30, 2009 at 2:30 PM.

    No extensions of these deadlines will be allowed except upon a showing of good cause not foreseeable at the date of this order. Failure to comply with the terms of this order may constitute grounds for denial of requested relief, dismissal of the action or of defenses, the entry of judgment by default, or such other actions as may be just in the circumstances.

    So ordered.

Dated: New York, NY
       May 13, 2009

                                        _Louis L. Stanton_
                                         Louis L. Stanton
                                            U.S.D.J